**Ruling Withdrawn; Motion Granted; Motion Denied; and Order filed April 13, 2016**



In The

# Fourteenth Court of Appeals

———————

NO. 14-15-00851-CV

———————

**SANDEEP PATEL AND AMAN JAFAR, M.D., Appellant**

**V.**

**ZAKI MOIN, M.D., Appellee**

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2011-44121**

## ORDER

On January 26, 2016, we dismissed the cross-appeal brought by appellee. On January 29, appellee's filed a motion to reinstate the cross-appeal. We construe appellee's motion to reinstate to include a motion for extension of time to file his notice of cross-appeal. On February 23, we denied appellee's motion to reinstate.

We now grant rehearing on our own motion and order as follows:

1. Our February 23 ruling is **WITHDRAWN**.

2. Appellee's motion to reinstate the cross-appeal (including the motion for extension of time to file his notice of cross-appeal) is **GRANTED**.

3. Appellee's motion for en banc reconsideration is **DENIED AS MOOT**.

4. **C. Thomas Schmidt**, counsel for appellee, must certify to this court in writing that (1) the State Bar of Texas website has the proper email address for service to him, and (2) he understands he is responsible for maintaining an email address for service, including that address on any document he files in this court, and notifying the court of any change to that address. The certification is due by **April 20, 2016**.

5. Moin's brief of cross-appellant is due by **May 3, 2016**. **No extensions will be granted absent exceptional circumstances.**

PER CURIAM

Panel consists of Justices Christopher, McCally, and Busby.

Justice Busby would deny the motion to reinstate.